**DENIED**

BY ORDER OF THE COURT

NO SHOWING OF GOOD CAUSE

6/27/24

*[signature: John F. Walter]*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGENSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California entity; NORBERT PEEKHAUS, an individual; HANS DAVID ULMERT, an individual; and Does 1-10, <br><br> Defendants. | Case No. 2:24-cv-03961-JFW (PDx) <br><br> **[PROPOSED] ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

**[PROPOSED] ORDER**

Pursuant to the Parties' Second Stipulation To Extend Time To Respond To Initial Complaint, it is ordered that Defendants The Regents Of The University Of California, Hans David Ulmert, and Norbert Peekhaus will have until July 22, 2024 to file a responsive pleading to the initial Complaint.

**IT IS SO ORDERED.**

**DENIED**

Dated: June ___, 2024

_____
Honorable John F. Walter
United States District Judge

---

[Proposed] Order Granting Second Stipulation to Extend Time to Respond to Initial Complaint

1

Case No. 24-cv-03961-JFW (PDx)