| | |
|---|---|
| 1 | Juan Castañeda (SBN 240705) |
| 2 | juan@ch-llp.com |
|   | Castañeda + Heidelman LLP |
| 3 | 125 S Highway 101 #1021 |
|   | Solana Beach, California  92075 |
| 4 | Telephone:  +1.858.431.9205 |
| 5 | Attorney for Defendant PEEKHAUS |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AGENSYS, INC., | | Case No.  2:24-cv-03961-JFW (PDx) |
| | Plaintiff, | Hon. John F. Walter |
| v. | | **DECLARATION OF LEAD TRIAL COUNSEL FOR DEFENDANT PEEKHAUS** |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California entity; NORBERT PEEKHAUS, an individual; HANS DAVID ULMERT, an individual; and Does 1-10, | | Complaint filed: May 13, 2024 |
| | Defendants. | |

I, Juan Castañeda, declare as follows:

1. I am an attorney licensed to practice in the State of California and this District, and am a partner in the law firm Castañeda + Heidelman LLP, counsel of record for Norbert Peekhaus. I have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would testify competently thereto.

2. I am lead trial counsel for defendant Norbert Peekhaus in this case.

3. I am registered as a CM/ECF User, and my email address of record is juan@ch-llp.com

4. I have read the Court's Standing Order and the Local Rules for the Central District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this declaration on June 26, 2024, at Solana Beach, California.

                                        *s/Juan Castañeda*
                                        Juan Castañeda