# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGENSYS, INC. and ASTELLAS PHARMA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HANS DAVID ULMERT and NORBERT PEEKHAUS, <br><br> Defendants. | Case No. 2:24-cv-03961-JFW (PDx) <br><br> ADDENDUM TO STIPULATED PROTECTIVE ORDER <br><br> (PD Version) <br><br> ☐ Check if submitted without material modifications to PD form |

WHEREAS on November 18, 2024, this Court entered a Stipulated Protective Order;

WHEREAS the Stipulated Protective Order provides at Section 7.3(b) for up to three House counsel for each entity to have access to "Highly Confidential – Attorneys' Eyes Only" Information;

WHEREAS at time of entry of the Stipulated Protective Order, Plaintiffs Agensys, Inc. and Astellas Pharma, Inc. identified two House counsel and they now identify their third House counsel;

The parties stipulate to this Addendum to Stipulated Protective Order whereby Plaintiffs identify their third House counsel as follows:

Paragraph 7.3(b) of the Stipulated Protective Order shall provide as follows:

7.3     Disclosure of "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" Information or Items. Unless otherwise ordered by the court or permitted in writing by the Designating Party, a Receiving Party may disclose any information or

NAI-1542020307v1

AGENSYS, INC.'S ADDENDUM TO STIPULATED PROTECTIVE ORDER

1  item designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" only
2  to:
3      (a) the Receiving Party's Outside Counsel of Record in this Action, as well
4  as employees of said Outside Counsel of Record to whom it is reasonably necessary
5  to disclose the information for this litigation;
6      (b) up to three House counsel for each entity, who are not actively
7  involved in and do not provide patent prosecution assistance to others who are
8  actively involved in prosecuting patents concerning the subject matter of this action,
9  identified below:

- For Plaintiffs Agensys, Inc. and Astellas Pharma, Inc.: Brian Anderson, Chika Seidel, and Ana Bicher.
- For Defendant Hans David Ulmert: Angus MacDonald, Kimberly Robinson, and Jerome Mayer-Cantu.

    (c) Experts of the Receiving Party (1) to whom disclosure is reasonably necessary for this Action, (2) who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A), and (3) as to whom the procedures set forth in paragraph 7.3(a), below, have been followed, and their staff to whom disclosure is reasonably necessary for this Action and who are supervised by Experts who have signed the Exhibit A;

    (d) the Court and its personnel;

    (e) court reporters and their staff;

    (f) professional jury or trial consultants, mock jurors, and Professional Vendors to whom disclosure is reasonably necessary for this Action and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A);

    (g) any mediator or settlement officer, and their supporting personnel, mutually agreed upon by any of the parties engaged in settlement discussions;

    (h) the author or recipient of a document containing the information or a

custodian or other person who otherwise possessed or knew the information; and

(i) Defendant Hans David Ulmert and/or Defendant Norbert Peekhaus, to the extent that Plaintiffs contend that the information designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" consists of a trade secret that was misappropriated by the individual Defendant to whom disclosure is made.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED:  December 10, 2024

| /s/ Randall E. Kay | /s/ David J. Tsai |
|---|---|
| Randall E. Kay (SBN 149369)<br>rekay@jonesday.com<br>JONES DAY<br>4655 Executive Drive, Suite 1500<br>San Diego, CA  92121<br>Telephone: +1.858.314.1200<br><br>Andrea W. Jeffries (SBN 183408)<br>ajeffries@jonesday.com<br>JONES DAY<br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, CA  90071<br>Telephone: +1.213.489.3939<br><br>Sarah A. Geers (Admitted *Pro Hac Vice*)<br>sgeers@jonesday.com<br>JONES DAY<br>250 Vesey Street<br>New York, NY  10281<br>Telephone: +1.212.326.3936<br>*Attorneys for Plaintiffs Agensys, Inc. and Astellas Pharma, Inc.* | Carolyn S. Toto (SBN 233825)<br>carolyn.toto@pillsburylaw.com<br>Pillsbury Winthrop Shaw Pittman LLP<br>725 South Figueroa Street, 36th Floor<br>Los Angeles, CA  90017<br>Telephone:  +1.213.488.7100<br><br>David J. Tsai (SBN 244479)<br>david.tsai@pillsburylaw.com<br>Alekzandir Morton (SBN 319241)<br>alekzandir.morton@pillsburylaw.com<br>John Steger (SBN 341299)<br>john.steger@pillsburylaw.com<br>Pillsbury Winthrop Shaw Pittman LLP<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA  94111-5998<br>Telephone:  +1.415.983.1000<br>*Attorneys for Defendant Hans David Ulmert*<br><br>/s/ John J. Manier<br>John J. Manier<br>jmanier@brgslaw.com<br>Ballard Rosenberg Golper & Savitt LLP<br>15760 Ventura Blvd., 18th Floor<br>Encino, CA 91436<br>Telephone: +1.818.508.3700<br>*Attorney for Defendant Norbert Peekhaus* |

Pursuant to L.R. 5-4.3.4(a)(2)(i), the filing attorney attests all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized it.

      /s/Randall E. Kay
      Randall E. Kay

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: December 11, 2024

*Patricia Donahue*
HON. PATRICIA DONAHUE
United States Magistrate Judge