1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| AGENSYS, INC. and ASTELLAS PHARMA, INC., | Case No. 2:24-cv-03961-CV (PDx) |
|---|---|
| Plaintiffs, | **ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER** |
| vs. | |
| HANS DAVID ULMERT and NORBERT PEEKHAUS, | |
| Defendants. | |

**FOR GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the current case deadlines shall be extended to the new dates as set forth below:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Trial (jury) Estimated length: 3 days | Vacated by 2/06/2025 Order (Dkt. No. 109) | To be reset by Court (*See* Dkt. 109) |
| [Jury trial] Hearing on Motions *in Limine*; Hearing on Disputed Jury Instructions | Vacated by 2/06/2025 Order (Dkt. No. 109) | To be reset by Court (*See* Dkt. 109) |
| Pre-Trial Conference (File Proposed Voir Dire Qs and Agreed-to Statement of Case three days prior to PTC) | Vacated by 2/06/2025 Order (Dkt. No. 109) | To be reset by Court (*See* Dkt. 109) |
| Submit Pre-Trial Conf. Order; File Motions *in Limine*; Memo of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; File Status Report re: Settlement; File Agreed Upon Set of Jury Instructions and Verdict Forms; File Joint Statement re Disputed Instructions, Verdicts, etc. | 6/11/25 | 8/6/25 |
| Last day for hearing motions | 5/19/25 | 7/14/25 |
| Discovery cut-off | 5/2/25 | 6/26/25 |

| Event | Current Date | Proposed New Date |
|---|---|---|
| Rebuttal Expert Disclosures | 3/28/25 (5 weeks before discovery cutoff) | 5/23/25 (5 weeks before discovery cutoff) |
| Affirmative Expert Disclosures | 3/7/25 (8 weeks before discovery cutoff) | 5/2/25 (8 weeks before discovery cutoff) |

IT IS SO ORDERED.

Dated: 2/18/25

_____
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE