# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGENSYS, INC. and ASTELLAS PHARMA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> HANS DAVID ULMERT and NORBERT PEEKHAUS, <br><br> Defendants. | Case No. 2:24-cv-03961-CV (PDx) <br><br> [PROPOSED] ORDER GRANTING DEFENDANTS HANS DAVID ULMERT'S AND NORBERT PEEKHAUS'S JOINT *EX PARTE* APPLICATION FOR ORDER CONTINUING CASE DEADLINES IN SCHEDULING ORDER <br> [DOC. #118] |

On April 14, 2025, Defendants Hans David Ulmert and Norbert Peekhaus filed a Joint *Ex Parte* Application for Order Continuing Case Deadlines in Scheduling Order, requesting that the Court continue all pending deadlines in this action by eight (8) weeks.

On April 29, 2025, Defendants filed a Supplemental Brief in Support of the Joint *Ex Parte* Application for Order Continuing Case Deadlines in Scheduling Order, providing additional information regarding their request to continue all pending deadlines.

1  The Court, having considered Defendants' *Ex Parte* Application and
2  Supplemental Brief and good cause having been found, hereby GRANTS the
3  Application and ORDERS that the current case deadlines shall be extended to the new
4  dates as set forth below.

| Event | Current Date | Proposed New Date |
|---|---|---|
| Trial (jury) | To be reset by Court (*See* Dkt. No. 109) | To be reset by Court (*See* Dkt. No. 109) |
| [Jury trial] Hearing on Motions in Limine; Hearing on Disputed Jury Instruction | To be reset by Court (*See* Dkt. No. 109) | To be reset by Court (*See* Dkt. No. 109) |
| Pre-Trial Conference (File Proposed Voir Dire Qs and Agreed-to Statement of Case three days prior to PTC) | To be reset by Court (*See* Dkt. No. 109) | To be reset by Court (*See* Dkt. No. 109) |
| Submit Pre-Trial Conf. Order; File Motions in Limine; Memo of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; File Status Report re: Settlement; File Agreed Upon Set of Jury Instructions and Verdict Forms; File Joint Statement re Disputed Instructions, Verdicts, etc. | 8/6/25 | 10/1/25 |
| Last day for hearing motions | 7/14/25 | 9/8/25 |
| Discovery cut-off | 6/26/25 | 8/21/25 |

| Event | Current Date | Proposed New Date |
|---|---|---|
| Rebuttal Expert Disclosures | 5/23/25 (5 weeks before discovery cutoff) | 7/18/25 (5 weeks before discovery cutoff) |
| Affirmative Expert Disclosures | 5/2/25 (8 weeks before discovery cutoff) | 6/27/25 (8 weeks before discovery cutoff) |

**IT IS SO ORDERED.**

Dated: _____, 2025

                                                      _____
HONORABLE CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE