UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AGENSYS, INC., *et al.*,

Plaintiffs,

v.

HANS DAVID ULMERT, *et al.*,

Defendants.

Case No. 2:24-cv-03961-CV (PDx)

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

**[DOC. # 151]**

JS-6

On September 24, 2026, the Parties filed a Joint Stipulation for Dismissal with Prejudice ("Stipulation"). Doc. # 151. Through their Stipulation, the Parties seek to dismiss the entire action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a). The Court, having considered the Parties' Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS that this action is DISMISSED WITH PREJUDICE, each party bearing their own attorney fees and costs.

**IT IS SO ORDERED**.

Dated: November 3, 2026

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE